a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MOHAMMAD ALI KHURAMI #A249-384-401,<br>Petitioner | CIVIL DOCKET NO. 1:25-CV-01672<br>SEC P |
| VERSUS | JUDGE EDWARDS |
| E GARCIA ET AL,<br>Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) filed by pro se Petitioner Mohammad Ali Khurami ("Khurami"), an immigration detainee at Winn Correctional Center in Winnfield, Louisiana. Khurami challenges the legality of his continued detention.

Because additional information is necessary to evaluate Khurami's claim, he must AMEND the Petition.

I. Background

Khurami is a native and citizen of Afghanistan. ECF No. 1-2 at 2. He alleges that he was ordered removed to Brazil or Afghanistan on April 21, 2025. *Id.* Khurami asserts that there is no substantial likelihood of his removal in the reasonably foreseeable future.

## II. Law and Analysis

The Constitution prohibits indefinite detention of immigration detainees. Accordingly, detention beyond the 90 day removal period is only allowed for a period reasonably necessary to bring about a detainee's removal from the United States. *See Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). Detention for up to six months is presumed reasonable. *Id.*

After six months, if a detainee provides good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future, the government must respond with evidence sufficient to rebut that showing. The six-month presumption does not mean that every alien not removed must be released after six months. To the contrary, an alien may be held in confinement until it has been determined that there is no significant likelihood of removal in the reasonably foreseeable future. *See Zadvydas,* 533 U.S. at 701.

Khurami does not allege reasons why his removal is unlikely to occur in the reasonably foreseeable future. Accordingly, he must amend the Petition.

## III. Conclusion

Because additional information is needed to evaluate the Petition, IT IS ORDERED that Khurami AMEND the Petition within 30 days to state why there is no significant likelihood of his removal in the reasonably foreseeable future.

SIGNED on Tuesday, January 20, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE