UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MOHAMMAD ALI KHURAMI #A249-384-401 | CIVIL DOCKET NO.  1:25-CV-01672 SEC P |
| VERSUS | DISTRICT JUDGE EDWARDS |
| E GARCIA ET AL | MAGISTRATE JUDE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 16), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED, and that Petitioner be RELEASED as soon as practicable, but no later than July 24, 2026, under appropriate conditions.

IT IS FURTHER ORDERED that Respondents file a notice of compliance by Monday, July 27, 2026.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 22nd day of July, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE